IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SMART LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 25 C 7782 |
| RAPTOR MECHANICAL, INC., a dissolved Illinois corporation, | ) ) ) ) | JUDGE JOHN ROBERT BLAKEY |
| Defendant. | ) ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, it is hereby stipulated by and between the Plaintiffs, SMART Local 265 Welfare Fund, *et al.*, and the Defendant, Raptor Mechanical, Inc., a dissolved Illinois corporation, acting through their respective attorneys, that the above-captioned litigation be dismissed with prejudice and without costs, with each party bearing its own costs and attorneys' fees, all matters in controversy for which the action was brought having been resolved between the parties.

DATE:  December 4, 2025              /s/   Catherine M. Chapman

DATE:  December 4, 2025              /s/   Todd A. Miller

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on or before the hour of 5:00 p.m., this 4th day of December 2025, I caused the foregoing document, Stipulation of Dismissal, to be served via electronic mail to Defendant's counsel:

Todd A. Miller
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
tam@alloccomiller.com
kmc@alloccomiller.com

/s/ Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6204026
Telephone: 312/216-2565
Facsimile: 312/236-0241
E-Mail: cchapman@baumsigman.com


Todd A. Miller
Attorneys for Defendant
Allocco, Miller and Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL   60606
Bar No.:  6216561
Bar No.:  626 9486
Telephone:  312/675-4325
Facsimile:  312/675-4326
E-Mail:  tam@alloccomiller.com
E-Mail:  kmc@alloccomiller.com
I:\265J\Raptor Mechanical\#31230\stipulation of dismissal.cmc.df.msd.docx